# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERNEST P. LEGIER, JR.

VERSUS

STATE OF LOUISIANA, THROUGH
THE LOUISIANA HOUSING
CORPORATION AND KEITH
CUNNINGHAM, IN HIS CAPACITY
AS EXECUTIVE COUNSEL FOR THE
LOUISIANA HOUSING
CORPORATION

NO.   2020 CW 0436

**AUGUST 17, 2020**

---

In Re:   Louisiana    Housing    Corporation,    applying    for
         supervisory   writs,   19th   Judicial   District   Court,
         Parish of East Baton Rouge, No. 650221.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT